McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00153-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER |
| v. | DATE: January 14, 2019 |
| JAVIER ALONSO BELTRAN, | TIME: 8:30 a.m. |
| Defendant. | COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

By previous order, this matter was set for sentencing on January 14, 2019. The parties now stipulate to continue the sentencing hearing until February 25, 2019.

Defendant Javier Alonso Beltran pled guilty on October 9, 2018, to two counts of use, carrying, or possessing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c), which carried a mandatory minimum of 32 years of imprisonment: a seven year sentence for the first count and a mandatory twenty-five year sentence for the second count. (Dkt. 24, Plea Agreement.) As part of the plea agreement, the parties agreed that at sentencing they would jointly recommend that Beltran be sentenced to the mandatory minimum of 32 years in prison. (*Id.* at ¶ VI.B.)

On December 21, 2018, the First Step Act was signed into law. The First Step Act eliminates

"stacking" of Section 924(c) charges, so that the 25-year mandatory minimum sentence applies only if a defendant has previously been convicted of and sentenced for a Section 924(c) offense:

> SEC. 403. CLARIFICATION OF SECTION 924(c) OF TITLE 18, UNITED STATES CODE.
>
> (a) In General.—Section 924(c)(1)(C) of title 18, United States Code, is amended, in the matter preceding clause (i), by striking "second or subsequent conviction under this subsection" and inserting "violation of this subsection that occurs after a prior conviction under this subsection has become final".

First Step Act, Pub. L. No. 115-391, § 403 (2018), available at https://www.congress.gov/bill/115th-congress/senate-bill/756/text#toc-idd0e1582d312d4fb88da458f8ff5b3f39.

This change applies to anyone sentenced after the enactment of the First Step Act, even if the defendant committed the conduct prior to the First Step Act. *Id.* at § 403(b). Therefore, under the provisions of the First Step Act, Beltran's mandatory minimum sentence is no longer 32 years, as the parties contemplated in the plea agreement.

The parties request additional time to discuss a further resolution in this matter and for counsel for Beltran to discuss this change in law with his client and any additional issues that will now arise given the new state of the law. The parties therefore request that the Court continue sentencing until February 19, 2019, at 8:30 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 14, 2019 to February 19, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 10, 2019 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated: January 10, 2019 | /s/ PETER M. JONES<br>PETER M. JONES<br>Counsel for Defendant<br>JAVIER ALONSO BELTRAN<br>(authorized by email on January 10, 2019) |

**FINDINGS AND ORDER**

So found.

IT IS SO ORDERED.

Dated: **January 10, 2019**         /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE