# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00153-LJO-SKO-1 |
|---|---|
| Plaintiff-Respondent, | |
| v. | ORDER SETTING BRIEFING SCHEDULE |
| JAVIER ALONSO BELTRAN, | |
| Defendant-Petitioner. | (ECF NOS. 42, 43) |

On July 19, 2019, Javier Alonso Beltran ("Petitioner"), a federal prisoner proceeding *pro se*, filed a motion to vacate, set aside, or correct a sentence ("Motion") under Title 28, United States Code, Section 2255, challenging the constitutionality of his guilty plea in light of the Supreme Court's decision in *United States v. Davis*, 139 S. Ct. 2319 (2019). *See* ECF No. 42. On September 9, 2019, the Court received a second motion from petitioner, containing the same single allegation. ECF No. 43. Appended to the second motion was a handwritten certificate of service. ECF No. 43. Included with the first motion was a letter addressed to the Government. ECF No. 42. Because there is no substantive difference to resolve between the motions, the first motion is the operative motion in this case.

Upon preliminary review of the Motion, the Court believes its decision making would be aided by the filing of a response by the United States. Accordingly,

**IT IS HEREBY ORDERED** that the Government shall file a response to Petitioner's Motion by **November 18, 2019**; and

**IT IS FURTHER ORDERED** that Petitioner shall have **60 days** to file his reply, from the date of the Government's filing.

IT IS SO ORDERED.

Dated: __September 19, 2019__      _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES CHIEF DISTRICT JUDGE