CAROLYN PHILLIPS,   #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
Facsimile:  (559) 248-9820

Attorney for Petitioner Javier Beltran

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-153 LJO/SKO |
| Plaintiff-Respondent, | |
| v. | PETITIONER'S REQUEST FOR A 30-DAY EXTENSION OF TIME TO FILE A SUPPLEMENT TO THE PETITION, AND ORDER |
| JAVIER ALONSO BELTRAN, | |
| Defendant- Petitioner. | |

I, CAROLYN PHILLIPS, am court-appointed counsel for petitioner JAVIER ALONSO

BELTRAN, and am responsible for preparing supplemental petition on Mr. Beltrans' behalf.

The court appointed counsel on October 28, 2019.  Due to the circumstances described

below, petitioner requests a thirty-day extension in which to file a supplemental § 2255 petition, or until January 22, 2020.

Since appointment counsel has contacted Mr. Beltran in USP Pollock, Pollock Louisiana. Counsel has reviewed the district court pleadings regarding the underlying criminal case including the Presentence Report filed February 20, 2019. Further counsel has begun research regarding the supplement based on *United States v. Davis*, 139 S.Ct. 2319 (2019). Unfortunately, counsel was confronted with several personal medical issues, other work-related deadlines and unexpected case emergences which prevented counsel from completing the necessary research to draft the supplemental petition by the current due date of December 23, 2019. In addition, counsel has a prepaid family vacation beginning today, December 19, 2019 through December 27, 2019. Based on these circumstances petitioner respectfully requests a thirty-day extension of time within which to file a supplement to the petition, or by January 22, 2020.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed at Fresno, California this 19th day of January 2019.

/s/Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Petitioner
JAVIER ALONSO BELTRAN

*Petitioner's Request for a Thirty-Day Extension of Time to File a Supplement to the Petition, and Order;* United States v. Beltran, Case No. 1:18-cr-0053 LJO/SKO

# ORDER

GOOD CAUSE appearing, petitioner Beltran's request for a thirty-day extension within which to file supplemental pleadings shall be extended thirty-days from December 23, 2019 to **January 22, 2020**.

IT IS SO ORDERED.

Dated: **December 20, 2019**      /s/ **Lawrence J. O'Neill**

UNITED STATES CHIEF DISTRICT JUDGE

---

*Petitioner's Request for a Thirty-Day Extension of Time to File a Supplement to the Petition, and Order;* United States v. Beltran, Case No. 1:18-cr-0053 LJO/SKO