McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-153-NONE |
| Plaintiff-Respondent, | MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO § 2255 MOTION; ORDER |
| v. | |
| JAVIER ALONSO BELTRAN, | |
| Defendant-Petitioner. | |

On July 22, 2019, Javier Alonso Beltran filed a Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. § 2255. (Dkt. 42). The Court appointed counsel for Beltran, and set a briefing schedule, which required counsel for Beltran to file a supplement no later than December 23, 2019, and the United States to file a response no later than February 21, 2020. (Dkt. 45). In December 2019, counsel for Beltran filed a motion for an extension of time, which the Court granted, allowing Beltran to file a response no later than January 22, 2020. (Dkt. 48). In its order granting Beltran's extension, the Court did not address the date of the United States' response or extend the time for the United States to respond, and therefore the United States' response is still due on February 21, 2020. (*See* Dkt. 48).

The United States requests an extension of three weeks, to March 13, 2020, for it to file its response to Beltran's Supplement to his § 2255 Motion. Counsel for the United States has been attempting to meet the original February 21, 2020, deadline. However, counsel is also preparing for an upcoming multi-defendant, multi-week trial and has had to deal with several trial-related deadlines, in

MOTION FOR EXTENSION OF TIME TO FILE
OPPOSITION TO § 2255 MOTION; ORDER

1

addition to the normal caseload.  Additional time is therefore needed to research, prepare, and file a response.  The United States has communicated with counsel for Beltran, and counsel for Beltran does not object to a three-week extension.

Dated:  February 18, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

## FINDINGS AND ORDER

GOOD CAUSE appearing, the United States' request for a three-week extension within which to file its Opposition to Beltran's Supplemental Motion to Vacate, Set Aside, or Correct Sentence, shall be extended three weeks from February 21, 2020, to March 13, 2020.

IT IS SO ORDERED.

Dated:  **February 19, 2020**

UNITED STATES DISTRICT JUDGE