Carolyn D. Phillips, #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Defendant Javier Alonso Beltran

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-153 JLT |
| *Plaintiff,* | MOTION TO TERMINATE CJA APPOINTMENT OF CAROLYN PHILLIPS AS ATTORNEY OF RECORD AND ORDER |
| v. | |
| JAVIER ALONSO BELTRAN, | |
| *Defendant.* | |

On July 19, 2019, Mr. Beltran filed a Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 in cases. Doc. 42. On October 28, 2019, the Court appointed undersigned counsel to represent Mr. Beltran with his pending § 2255 motion. Doc. 46. On behalf of Mr. Beltran, counsel filed a supplement to Mr. Beltran's motion on January 22, 2020. Doc. 49. The government opposed the motion on March 12, 2020, Doc. 54, and Mr. Beltran filed a reply May 21, 2020. Doc. 60. Mr. Beltran requested a stay of the proceedings pending the outcome of *United States v. Dominguez*, 954 F.3d 1251 (9th Cir. 2020). Doc. 61. The stay was lifted November 7, 2022. Doc. 85. On November 21, 2023, the Court issued another stay pending the outcome of the

*U.S. v. Beltran - Motion to Terminate CJA Appointment*

1

appeal from the Ninth Circuit's decision in *United States v. Eckford*, 77 F. 4th 1228 (9th Cir.2023). Doc. 93. After Mr. Beltran requested the Court lift the stay in light of the Supreme Court's decision to deny certiorari in *Eckford*. (Doc. 94; see also *Eckford v. United States*, No. 23-5962, 2023 WL 8532075 (U.S.Dec. 11, 2023)), the District Court issued an order denying Mr. Beltran's motion, and denying a certificate of appealability, January 11, 2024.

Having completed her representation of Mr. Beltran, CJA attorney Carolyn Phillips now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Beltran require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559)487-5561 (collect) or (855)656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:  May 26, 2025             Respectfully submitted,

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
JAVIER ALONSO BELTRAN

**ORDER**
*U.S. v. Beltran - Motion to Terminate CJA Appointment*

2

Having reviewed the notice and found that attorney Carolyn Phillips has completed the services for which she was appointed, the Court hereby grants attorney Phillips's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559)487-5561 (collect) or (855)656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

The Clerk of Court is directed to serve a copy of this order on Defendant Cornelius at the following address and to update the docket to reflect Defendant's pro se status and contact information.

   Javier Alonso Beltran, 77461-097
   USP POLLOCK
   U.S. Penitentiary
   P.O. Box 2099
   Pollock, LA  71467

IT IS SO ORDERED.

Dated: *Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE